**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DAVID FRANCK,<br><br>Plaintiff,<br><br>v.<br><br>FERMI RESEARCH ALLIANCE, LLC,<br><br>Defendants. | Case No. 26-CV-8435<br><br>The Honorable Manish S. Shah,<br>District Judge |

**DEFENDANT'S MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Fermi Research Alliance, LLC ("FRA") respectfully moves this Court to dismiss Counts I through VI of Plaintiff David Franck's Complaint to the extent those counts rely on discrete acts of alleged discrimination or retaliation occurring before February 22, 2024.

As set forth more fully in the accompanying Brief in Support of Defendant's Motion to Dismiss, Plaintiff filed his second EEOC charge on December 18, 2024. Under *National Railroad Passenger Corp. v. Morgan*, 536 U.S. 101 (2002), discrete employment actions occurring more than 300 days before that filing date are time-barred and cannot serve as an independent basis for liability. Because Counts I through VI incorporate allegations concerning discrete acts occurring before February 22, 2024, those counts should be dismissed to the extent they rely on such conduct.

The parties have agreed to the following proposed briefing schedule, set forth in the parties' Joint Initial Status Report (Dkt. 10), for Defendant's Motion to Dismiss: Plaintiff's response brief shall be due on October 16, 2026; and Defendant's reply brief shall be due on October 30, 2026. **WHEREFORE**, Defendant Fermi Research Alliance, LLC respectfully requests that this Court dismiss Counts I through VI, with prejudice, to the extent they rely on discrete acts of alleged

discrimination or retaliation occurring before February 22, 2024, and grant such other relief as the Court deems just and appropriate.

Dated: September 18, 2026

Respectfully submitted,

By: */s/ Daniel A. Kaufman*
Michael Best & Friedrich LLP
Daniel A. Kaufman
444 West Lake Street, Suite 3200
Chicago, IL 60606
Telephone: (312) 222 0800
Fax: 312 222 0818
Email: dakaufman@michaelbest.com

Malin Ann Ehrsam
790 N Water Street, Suite 2500
Milwaukee, WI 53202
Email: malin.ehrsam@michaelbest.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 18, 2026, he filed the foregoing ***Defendant's Motion to Dismiss*** with the Clerk of the Court using the CM/ECF NextGen system, which will send notice of such filing to all parties of record registered with the Court's CM/ECF system

/s/ *Daniel A. Kaufman*
*Attorneys for Defendant*
Michael Best & Friedrich LLP
444 West Lake Street, Suite 3200
Chicago, Illinois 60606